# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST NOTT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CUMMINS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-02293-MMC<br><br>**ORDER GRANTING MOTION FOR REMAND**<br><br>Re: Dkt. No. 13 |

Defendant Johnson & Johnson, the only party having filed opposition to plaintiffs' Motion for Remand, now having withdrawn its opposition, plaintiffs' motion is hereby GRANTED and the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Sonoma.

**IT IS SO ORDERED.**

Dated: July 29, 2019

MAXINE M. CHESNEY
United States District Judge